IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZURI S. YOUNG,

    Plaintiff,                      No. CIV S-03-1680 LKK KJM P

    vs.

K.M. CHASTAIN, et al.,

    Defendants.              <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 3, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 3, 2005, are adopted in full;

2. Plaintiff's July 8, 2004 application for a temporary restraining order and injunctive relief is denied;

3. Plaintiff's July 8, 2004 declaration regarding double celling, construed as a request for injunctive relief, is denied;

4. Plaintiff's July 8, 2004 motion for summary judgment is denied; and

5. Plaintiff's July 8, 2004 expedited motion, to the extent its purpose may be discerned, is denied.

DATED: May 24, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/youn1680.801