IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZURI S. YOUNG,

    Plaintiff,                        No. CIV S-03-1680 LKK KJM P

    vs.

K.M. CHASTAIN, et al.,          **ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

    Defendants.

_____/

The Court having considered defendants' request for an extension of time to file a responsive pleading, and good cause having been shown:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, of thirty days, to and including September 21, 2005, to file a responsive pleading.

DATED: August 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1