IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZURI S. YOUNG,

      Plaintiff,                     No. CIV S-03-1680 LKK KJM P

   vs.

K.M. CHASTAIN, et al.,

      Defendants.          ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On June 6, 2005, plaintiff filed a request for entry of default against defendants Chastain, Lea, Flint, Blackburn, Fields and Green. Court records indicate that the U.S. Marshal mailed waivers of service of summons to defendants on June 22, 2005. Rule 4(d)(3) of the Federal Rules of Civil Procedure provides that defendant shall file his appearance within sixty days from the date the waiver is mailed. Accordingly, the time for filing an answer had not run when plaintiff filed his motion. Moreover, on August 23, 2005, the court granted defendants' request for an extension of time in which to file an answer. The answer was filed on September 27, 2005.

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 6, 2005 request for entry of default is denied.

DATED: March 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
youn1680.77w