IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZURI S. YOUNG,** | 2:03-CV-1680 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **K. M. CHASTAIN, et al.,** | |
| Defendants. | |

The court, having considered defendants' request for an extension of time to file a dispositive motion, and good cause having been found:

**IT IS HEREBY ORDERED** that defendants shall be granted an extension of time of thirty days from the date of this order to file a dispositive motion.

Dated: March 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

*Order*
1