IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZURI S. YOUNG,** | 2:03-CV-1680 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **K. M. CHASTAIN, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for a second extension of time to file a dispositive motion, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including thirty days from the date of this order to file a dispositive motion.

Dated: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

*Order*

1