IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ZURI S. YOUNG,** | 2:03-CV-1680 LKK KJM P |
| Plaintiff, | **ORDER VACATING SCHEDULED DATES** |
| v. | |
| **K.M. CHASTAIN, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request to vacate the scheduled dates for pretrial statements, pretrial conference, and trial, and good cause having been found:

**IT IS HEREBY ORDERED THAT**: the dates for filing pretrial statements, the pretrial conference, and trial are hereby vacated. They will be reset, if necessary, following the Court's decision on Defendants' motion for summary judgment.

Dated: July 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1